# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Minnie Marie Edwards          Docket No. 5:21-CR-289-3D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Minnie Marie Edwards, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 22nd day of July, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has requested assistance with mental health treatment. She has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER**

The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa          /s/ Quanda L. Lunsford
Julie W. Rosa          Quanda L. Lunsford
Supervising U.S. Probation Officer          U.S. Probation Officer
         310 New Bern Avenue, Room 610
         Raleigh, NC 27601-1441
         Phone: 919-861-8801
         Executed On: August 6, 2021

### ORDER OF THE COURT

Considered and ordered the 6th day of August, 2021, and ordered filed and made part of the records in the above case.

James E. Gates
United States Magistrate Judge

Minnie Marie Edwards
Docket No. 5:21-CR-289-3D
Petition For Action
Page 2

**FOR JUDGE'S VIEW ONLY**
**DO NOT FILE**



**Minnie Marie Edwards**
**Docket No. 5:21-CR-289-3**D