UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-289-3-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MINNIE MARIE EDWARDS | ORDER |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed motion filed on 28 January 2022 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

SO ORDERED.

This the **28** day of January, 2022.

_____
Honorable James C. Dever III
United States District Judge