UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-289-3-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MINNIE MARIE EDWARDS | ORDER |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed motion filed on 2 May 2022 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

SO ORDERED.

This the **4** day of May, 2022.

James C. Dever III
United States District Judge