UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-289-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MINNIE MARIE EDWARDS | ORDER TO SEAL |

On motion of the Defendant, Minnie Marie Edwards, and for good cause shown, it is hereby ORDERED that **DE 321** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  6  day of May, 2024.

_____
JAMES C. DEVER III
United States District Court Judge